## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY MILLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 14-00752 (EGS) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff Jeffrey Mills hereby submits this Notice of Settlement to advise the Court that the parties have agreed to the terms of a settlement in this case. Once the settlement agreement is finalized, Plaintiff intends to file a Notice of Dismissal voluntarily dismissing all claims with prejudice.

Respectfully submitted,

/s/ Michael A. Filoromo, III
Lisa J. Banks [470948]
Debra S. Katz [411861]
Michael A. Filoromo, III [982102]

KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)
banks@kmblegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I certify that on July 3, 2014, I filed the foregoing with the Court's electronic filing system, which will serve notice upon all counsel of record.

               /s/ Michael A. Filoromo, III
               *Counsel for Plaintiff*